Commonwealth *v.* Jackson, Appellant.

Before CANUSO, J.

Submitted June

18, 1974. *Paul Messing* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *David Richman*, Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.